**Order entered June 17, 2014**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00662-CV

### IN THE INTEREST OF M.I.M., A CHILD

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-56047-2009**

## ORDER

We **GRANT** appellant's June 13, 2014 unopposed motion for use of the clerk's record in appellate cause number 05-10-00850-CV in this appeal. We **DIRECT** the Clerk of this Court to transfer the clerk's record in appellate cause number 05-10-00850-CV into this appeal. The additional clerk's record requested by appellant is due June 24, 2014.

/s/     ADA BROWN
           JUSTICE